**Opinion issued August 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00426-CV

————————————

## DOMINIQUE CHATTMEN, Appellant

## V.

## THE COLUMNS AT SHADOW CREEK RANCH ECI GROUP, Appellee

**On Appeal from the County Court at Law No. 4 & Probate**
**Brazoria County, Texas**
**Trial Court Case No. CI68473**

## MEMORANDUM OPINION

Appellant Dominique Chattmen appeals from a judgment signed June 5, 2025. Appellant has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the

Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024). Appellant failed to respond to the Court's notice of August 6, 2025, which was sent by U.S. first class mail[1] and by email, advising appellant that if the fee was not paid, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The notice sent by U.S. first class mail was returned on August 13, 2025 stating that the notice was "unclaimed" and "unable to forward." Appellant has not provided this Court with any other physical address.